**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

──────────────────────────────────── x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | |

──────────────────────────────────── x

| | | |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC. | : | |
| Plaintiff, | : | |
| -against- | | Adversary Proceeding |
| | : | No.: 10-03545 (JMP) |
| THE BANK OF NEW YORK MELLON CORPORATION, *et al.* | : | |
| Defendants. | : | |

──────────────────────────────────── x

**ORDER DENYING MOTIONS OF THE DANTE NOTEHOLDERS AND THE LIQUIDATORS OF LEHMAN BROTHERS AUSTRALIA LIMITED TO INTERVENE**

Upon the motion to intervene, dated January 23, 2011 (the "Dante Motion") [Docket No. 9], filed by the Dante Noteholders (as identified in the Dante Motion), and the motion to intervene, dated January 25, 2011 (the "Liquidators' Motion") [Docket No. 11], filed by the Liquidators of Lehman Brothers Australia Limited; and upon Plaintiff Lehman Brothers Special Financing Inc.'s Opposition to the Dante Motion and the Liquidators' Motion [Docket No. 13]; and the Court having jurisdiction to consider the Dante Motion and the Liquidators' Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and due and proper notice having been provided; and a hearing having been held on February 16, 2011 (the "Hearing") to consider the relief requested in the Dante Motion and the Liquidators' Motion; and upon the record of the Hearing, it is hereby

ORDERED that, for the reasons stated by the Court on the record of the Hearing, the Dante Motion and the Liquidators' Motion are denied without prejudice.

Dated: New York, New York
February 18, 2011

     /s/ James M. Peck_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE