UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>Defendants. | Adv. Proc. No. 10-03545 (JMP)<br><br>**NOTICE OF LIMITED APPEARANCE** |

      PLEASE TAKE NOTICE that, pursuant to the Alternative Dispute Resolution Procedures Order for Affirmative Claims of the Debtors under Derivatives Transactions with Special Purpose Vehicle Counterparties dated March 3, 2011 (the "ADR Order"), the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant Beryl Finance Ltd., as Issuer of Series 2005-14, in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. Pursuant to Paragraphs 2(c) and 5(e) of the ADR Order, Beryl Finance Ltd., as Issuer of Series 2005-14, expressly reserves the right to raise the defense of lack of personal jurisdiction in the above-captioned proceeding.

Dated: New York, New York
June 15, 2011

                Respectfully submitted,

                SEWARD & KISSEL LLP

                By:  /s/ Dale C. Christensen, Jr.
                      Dale C. Christensen, Jr.

                One Battery Park Plaza
                New York, New York  10004

                Tel.:  (212) 574-1200
                Fax:  (212) 480-8421
                E-mail: christensen@sewkis.com

                *Attorneys for Beryl Finance Ltd.,*
                 *as Issuer of Series 2005-14*