UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>Defendants. | Adv. Proc. No. 10-03545 (JMP) |

## CERTIFICATE OF SERVICE

I, Dale C. Christensen, Jr., do hereby certify that on this 15th day of June, 2011, a true and correct copy of the foregoing Notice of Limited Appearance was caused to be served via first class mail on the parties listed on the attached service list.

Dated: June 15, 2011

    /s/  Dale C. Christensen, Jr.
Dale C. Christensen, Jr.
One Battery Park Plaza
New York, New York  10004
Tel.:  (212) 574-1200
Fax:  (212) 480-8421
E-mail: christensen@sewkis.com

*Attorneys for Beryl Finance Ltd.,*
*as Issuer of Series 2005-14*

Service List

| | |
|---|---|
| Lehman Brothers Special Financing Inc.<br>1271 Sixth Avenue<br>New York, NY 10020 | Peter Gruenberger, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ralph I. Miller, Esq.<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street, N.W.<br>Suite 900<br>Washington, DC 2005 | Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |
| Eric A. Schaffer, Esq.<br>Reed Smith LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222 | Michael J. Venditto, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

| | |
|---|---|
| Beryl Finance Ltd. as issuer of Series 2005-2 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2005-7 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2005-11 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | |
| Beryl Finance Ltd. as issuer of Series 2005-16 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2006-5 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2006-6 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2006-10 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2006-11 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2006-12 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2006-13 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2006-14 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2006-15 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2006-16 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2006-17 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-1 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-2 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-3 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-4 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-5 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |

| | |
|---|---|
| Beryl Finance Ltd. as issuer of Series 2007-7 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-8 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-9 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-10 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-11 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-13 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-14 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-15 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-16 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2007-17 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2007-19 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-2 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2008-3 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-4 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2008-5 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-6 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2008-7 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-8 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2008-9 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-10 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Beryl Finance Ltd. as issuer of Series 2008-11 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-12 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |

| | |
|---|---|
| Beryl Finance Ltd. as issuer of Series 2008-13 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Beryl Finance Ltd. as issuer of Series 2008-14 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Diadem City CDO Ltd. as issuer of Series 2005-1 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Diadem City CDO Ltd. as issuer of Series 2008-1 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Diadem City CDO Ltd. as issuer of Series 2008-2 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Diadem City CDO Ltd. as issuer of Series 2008-3 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Jupiter Quartz Finance PLC as issuer of Series 2004-1 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Jupiter Quartz Finance PLC as issuer of Series 2004-2 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Lion City CDO Ltd. as issuer of Series 2006-1 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Lion City CDO Ltd. as issuer of Series 2006-2 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Lion City CDO Ltd. as issuer of Series 2006-3 c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Lion City CDO Ltd. as issuer of Series 2006-5 Walkers SPV Limited, Walker House, P.O. Box 908 GT, George Town, Grand Cayman, Cayman Islands |
| Onyx Funding Ltd. as issuer of Series 2004-1 Walkers SPV Limited, Walker House, P.O. Box 908 GT, George Town, Grand Cayman, Cayman Islands | Onyx Funding Ltd. as issuer of Series 2005-1 Walkers SPV Limited, Walker House, P.O. Box 908 GT, George Town, Grand Cayman, Cayman Islands |
| Onyx Funding Ltd. as issuer of Series 2006-1 Walkers SPV Limited, Walker House, P.O. Box 908 GT, George Town, Grand Cayman, Cayman Islands | Onyx Funding Ltd. as issuer of Series 2008-1 Walkers SPV Limited, Walker House, P.O. Box 908 GT, George Town, Grand Cayman, Cayman Islands |
| Pearl Finance PLC as issuer of Series 2003-6 AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Pearl Finance PLC as issuer of Series 2003-8 AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Pearl Finance PLC as issuer of Series 2005-1 AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Quartz Finance PLC as issuer of Series 2003-1 AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Quartz Finance PLC as issuer of Series 2003-3 AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Quartz Finance PLC as issuer of Series 2003-4 AIB International Centre, International Financial Services Center, Dublin 1, Ireland |

| | |
|---|---|
| Quartz Finance PLC as issuer of Series 2005-1<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Quartz Finance PLC as issuer of Series 2005-2<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Ruby Finance PLC as issuer of Series 2004-2<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Ruby Finance PLC as issuer of Series 2004-3<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Ruby Finance PLC as issuer of Series 2006-5<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Ruby Finance PLC as issuer of Series 2007-3<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Ruby Finance PLC as issuer of Series 2008-1<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2004-4<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2004-12<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2005-1<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2005-3<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2005-4<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2005-10<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2005-11<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2006-2<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2006-3<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2006-10<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2006-11<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2007-5<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2007-7<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2007-9<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2008-1<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2008-6<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2008-7<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2008-8<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2008-9<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Saphir Finance PLC as issuer of Series 2008-10<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2008-11<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |

| | |
|---|---|
| Saphir Finance PLC as issuer of Series 2008-12<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland | Saphir Finance PLC as issuer of Series 2008-13<br>AIB International Centre, International Financial Services Center, Dublin 1, Ireland |
| Zircon Finance Ltd. as issuer of Series 2007-1<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-2<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Zircon Finance Ltd. as issuer of Series 2007-3<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-5<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Zircon Finance Ltd. as issuer of Series 2007-6<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-8<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Zircon Finance Ltd. as issuer of Series 2007-9<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-10<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Zircon Finance Ltd. as issuer of Series 2007-14<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-15<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Zircon Finance Ltd. as issuer of Series 2007-16<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-17<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |
| Zircon Finance Ltd. as issuer of Series 2007-18<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands | Zircon Finance Ltd. as issuer of Series 2007-19<br>c/o Walkers SPV Limited, Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands |