**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | |
| Plaintiff, | |
| -against- | Adv. Proc. No. 10-03542 (SCC) |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.* | |
| Defendants. | Ref Docket No. 50 |
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC., | |
| Plaintiff, | |
| -against- | Adv. Proc. No. 10-03544 (SCC) |
| THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, AS TRUSTEE, *et al.* | |
| Defendants. | Ref Docket No. 72 |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | |
| Plaintiff, | Adv. Proc. No. |
| -against- | 10-03545 (SCC) |
| THE BANK OF NEW YORK MELLON CORPORATION, *et al.* | |
| Defendants. | Ref Docket No. 137 |

-1-

| | |
|---|---|
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : |
| Plaintiff, | : |
| -against- | : **Adv. Proc. No.** |
| | : **10-03809 (SCC)** |
| **WELLS FARGO BANK NATIONAL ASSOCIATION,** *et al.* | : |
| Defendants. | : **Ref Docket No. 36** |
| ——————————————————— | x |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : |
| Plaintiff, | : |
| -against- | : **Adv. Proc. No.** |
| | : **10-03811 (SCC)** |
| **BANK OF NEW YORK MELLON NATIONAL ASSOCIATION,** *et al.* | : |
| Defendants. | : **Ref Docket No. 26** |
| ——————————————————— | x |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2014, I caused to be served the "Notice of Scheduling Conference," dated May 12, 2014 [Docket No. 50 in Adv. Proc. No. 10-03542; Docket No. 72 in Adv. Proc. No. 10-03544; Docket No. 137 in Adv. Proc. No. 10-03545; Docket No. 36 in Adv. Proc. No. 10-03809; and Docket No. 26 in Adv. Proc. No. 10-03811], by causing true and correct copies to be:

      i. delivered via electronic mail to those parties listed on the attached <u>Exhibit A</u>, and

      ii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
13th day of May, 2014
/s/ *Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

# EXHIBIT A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE  
U.S. FEDERAL OFFICE BUILDING  
ATTN: WILLIAM K. HARRINGTON, ESQ.,  
SUSAN D. GOLDEN, ESQ.  
ANDREA B. SCHWARTZ, ESQ.  
201 VARICK STREET, ROOM 1006  
NEW YORK, NY 10014

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP INC SERIES 2005-A | C/O ACCESS GROUP, INC ATTN: VP OF PORTFOLIO MANAGEMENT 10 N HIGH ST ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WEST CHESTER PA 19380-3003 |
| ACCESS GROUP INC SERIES 2005-A | C/O U.S. BANK, NATIONAL ASSOCIATION 425 WALNUT STREET, 6TH FLOOR MIL CN-OH-W6CT ATTN: CORPORATE TRUST SERVICES STUDENT LOAN GROUP CINCINNATI OH 45202 |
| ACCESS GROUP INC SERIES 2005-B | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | C/O ACCESS GROUP, INC ATTN: VICE PRESIDENT OF PORTFOLIO MGNT 10 N HIGH ST ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WEST CHESTER PA 19380-3003 |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD., ET AL | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, CORP., ET AL | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD., ET AL | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| CHAPMAN & CUTLER LLP | ATTN: CRAIG PRICE & LAURA APPLEBY,COUNSEL TO US BANK NTNL,ASSOC., AS TRUSTEE FOR KLIO II FUNDING & WHITEHAWK CDO FUNDING LTD./WHITEHAWK CDO FUND LLC 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| CHAPMAN AND CUTLER LLP | 1270 AVENUE OF THE AMERICAS FL 30 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10020-1708 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. FRANKLIN H. TOP, III, ESQ., JAMES HEISNER, ESQ. COUNSEL TO U.S. BANK N.A.,AS TRUSTEE&RACERS 2006-18-C SERIES,TRUSTS&RACERS 2006-20-AT TRUST 111 WEST MONROE STREET CHICAGO IL 60603 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P,C. | ATTN: ERIC P. HEICHEL,COUNSEL TO: CEDE & CO; AS NOMINEE FOR THE DEPOSITORY TRUST COMPANY 805 THIRD AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| FIRST FRANKLIN MORTGAGE | LOAN TRUST 2006-FF8 C/O DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705 |
| GREYSTONE 2006-3 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF | THE SERIES 2006-3 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WELLS FARGO BANK, N.A. SIXTH AND MARQUETTE ATTN: CORPORATE TRUST SERVICES IMH ASSETS CORP., SERIES 2005-3 MINNEAPOLIS MN 55479-0113 |
| IMPAC CMB TRUST SERIES 2005-3,ET AL | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-4, | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| LAKEVIEW 2007-4 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDP SPC FOR THE ACCOUNT OF | THE SERIES 2007-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD, ET AL | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NIXON PEABODY LLP | DAVID H LEE, ESQ (COUNSEL TO DEUTSCHE BANK TRUST CO AMERICAS) 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: CHRISTOPHER M. DESIDERIO, DAVID H. LEE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN, RICHARD C. PEDONE COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY, 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| PEARL FINANCE PLC, ET AL | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL VENDITTO (COUNSEL TO THE BANK OF NEW YORK MELLON) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.), 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RESTRUCTURED ASSET CERTIFICATES WITH,ET AL | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: JACK YOSKOWITZ ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: BENAY L. JOHNSON ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: BERYL FINANCE LTD. ATTN: DALE C. CHRISTENSEN, JR. ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WELLS FARGO NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

**Total Creditor count  68**